IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCIA D. OLESON,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

    v.                                                   Case No. 12-cv-919-jdp

CAROLYN COLVIN,
Acting Commissioner of Social Security,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Marcia D. Oleson attorney fees and expenses in the amount of $1412.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    s/ N. Nelson, Deputy Clerk                       12/02/2014
       Peter Oppeneer, Clerk of Court                          Date